1  Dan Stormer, Esq. [S.B. #101967]
2  Mary Tanagho Ross, Esq. [S.B. #280657]
   HADSELL STORMER & RENICK LLP
3  128 N. Fair Oaks Avenue
   Pasadena, California 91103
4  Telephone: (626) 585-9600
   Facsimile: (626) 577-7079
5  Emails: dstormer@hadsellstormer.com
           mross@hadsellstormer.com

6  Agnieszka Fryszman, Esq. [DC #459208]
7  Alysson Ford Ouoba, Esq.
   (*pro hac vice*)
8  COHEN MILSTEIN SELLERS & TOLL PLLC
   1100 New York Ave., N.W. East Tower, Suite 500
9  Washington, District of Columbia 20005
   Telephone: (202) 408-4600
10 Facsimile: (202) 408-4699
   Emails: afryszman@cohenmilstein.com
11         aouoba@cohenmilstein.com

12 Attorneys for Plaintiffs

13
14                    UNITED STATES DISTRICT COURT
15                   CENTRAL DISTRICT OF CALIFORNIA

| 16 | Keo Ratha, Sem Kosal, Sophea Bun, Yem Ban, Nol Nakry, Phan Sophea, and Sok Sang,, | Case No.: 2:16-CV-04271 JFW (ASX) |
|---|---|---|
| 17 | | [Assigned to the Honorable John F. Walter – Courtroom 16] |
| 18 | | |
| 19 | Plaintiffs, | |
| 20 | vs. | **PROOF OF SERVICE OF SUMMONS ON DEFENDANT RUBICON RESOURCES, LLC** |
| 21 | Phatthana Seafood Co., Ltd.; S.S. Frozen Food Co., Ltd.; Doe Corporations 1-5; Rubicon Resources, LLC; and Wales & Co. Universe Ltd., | |
| 22 | | Complaint filed: June 15, 2016 |
| 23 | | Disc. Cut-Off: None Set |
| 24 | | Motion Cut-Off: None Set |
| 25 | Defendants. | Trial Date: None Set |

26
27
28

[Additional Counsel continued from previous page]

Anthony DiCaprio, Esq. [SD NY #1872621 and ND NY #507797]
(*pro hac* vice)
Attorney at Law
64 Purchase Street
Rye, New York 10580
Telephone: (917) 439-5166
Emails: ad@humanrightslawyers.com
        anthonydicaprio@gmail.com

Paul L. Hoffman, Esq. [S.B. #71244]
Catherine E. Sweetser, Esq. [S.B. #271142]
SCHONBRUN SEPLOW HARRIS & HOFFMAN LLP
723 Ocean Front Walk
Venice, California 90291
Telephone: (310) 396-0731
Facsimile: (310) 399-7040
Emails: hoffpaul@aol.com
        catherine.sdshhh@gmail.com

Attorneys for Plaintiffs

1  **TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

2       Attached hereto as Exhibit 1 is a true and correct copy of the Proof of Service of
3  Summons relating to Defendant RUBICON RESOURCES, LLC, personally served on
4  June 28, 2016.

6  Dated: July 7, 2016                    Respectfully Submitted,

7                                          COHEN MILSTEIN SELLERS & TOLL PLLC
8                                          ANTHONY DICAPRIO, ATTORNEY AT LAW
9                                          SCHONBRUN SEPLOW HARRIS & HOFFMAN LLP
10
11                                         HADSELL STORMER & RENICK LLP

13                                         By:   /s/ - Mary Tanagho Ross
                                                   Dan Stormer
14                                                 Mary Tanagho Ross
                                                 Attorneys for Plaintiffs

PROOF OF SERVICE OF SUMMONS
ON DEF RUBICON RESOURCES, LLC                -1-

# EXHIBIT 1

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Defendant Rubicon Resources, LLC
was received by me on *(date)*   06/28/2016   .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*   Harry Kraushaar, Chief Financial Officer ("CFO")   , who is
designated by law to accept service of process on behalf of *(name of organization)*   Defendant Rubicon
Resources, LLC   on *(date)*   06/28/2016   ; or
at 11:53 a.m.

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:



My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   07/07/2016

_____
Server's signature

David Hannah - Firm Messenger
*Printed name and title*

Hadsell Stormer & Renick LLP
128 N. Fair Oaks Avenue, Pasadena, California  91103
Telephone: (626) 585-9600/Facsimile: (626) 577-7079
*Server's address*

Additional information regarding attempted service, etc:
See Attachment A for documents I personally served on Defendant Rubicon Resources, LLC.

# ATTACHMENT A

# ATTACHMENT A to PROOF OF SUMMONS
## on Defendant Rubicon Re:sources, LLC

| Efiling Docket # | Document(s) |
|---|---|
| Doc #1 | Complaint for Damages |
| Doc #2 | Civil Cover Sheet |
| Doc #3 | Summons in a Civil Action |
| Doc #4 | Certification and Notice of Interested Parties |
| Doc #5 and Doc #5-1 | Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* re: Agnieszka M. Fryszman; and Proposed Order re: Agnieszka M. Fryszman |
| Doc #6 | Notice of Appearance or Withdrawal of Counsel re: Mary Tanagho Ross |
| Doc #7 | Notice to Filer of Deficiencies in Electronically Filed Documents (re: Doc #5) |
| Doc #8 | Notice of Assignment to United States Judges |
| Doc #9 | Notice to Parties of Court-Directed ADR Program |
| Doc #10 | Notice of *Pro Hac Vice* due re: Alysson Ford Ouoba |
| Doc #11 | Notice of *Pro Hac Vice* due re: Anthony P. DiCaprio |
| Doc #12 | Notice of *Pro Hac Vice* due re: Paul L. Hoffman |
| Doc #13 | Notice of *Pro Hac Vice* due re: Catherine A. Sweetser |
| Doc #14 | Response to Notice of *Pro Hac Vice* due by Paul L. Hoffman |
| Doc #15 | Response to Notice of *Pro Hac Vice* due by Catherine A. Sweetser |
| Doc #16 and Doc #16-1 | Amended Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* re: Agnieszka M. Fryszman; and Amended Proposed Order re: Agnieszka M. Fryszman |
| Doc #17 and Doc #17-1 | Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* re: Alysson F. Ouoba; and Proposed Order re: Alysson F. Ouoba |

| Efiling Docket # | Document(s) |
|---|---|
| Doc #18 and Doc #18-1 | Application of Non-Resident Attorney to Appear in a Specific Case Pro Hac Vice re: Anthony P. DiCaprio; and Proposed Order re: Anthony P. DiCaprio |
| Doc #19 | Issued Summons in a Civil Action |
| Doc #20 | Notice to Filer of Deficiencies in Electronically Filed Documents (re: Doc #17) |
| Doc #21 | TEXT ONLY ENTRY by chambers of Judge John F. Walter re: courtesy copies of all case opening documents shall be delivered to chambers by noon on June 28, 2016 |
| Doc #22 | Judge John F. Walter's Standing Order |