Dan Stormer, Esq. [S.B. #101967]
Mary Tanagho Ross, Esq. [S.B. #280657]
HADSELL STORMER & RENICK LLP
128 N. Fair Oaks Avenue
Pasadena, California 91103
Telephone: (626) 585-9600
Facsimile: (626) 577-7079
Emails: dstormer@hadsellstormer.com
        mross@hadsellstormer.com

Agnieszka Fryszman, Esq. [DC #459208]
Alysson Ford Ouoba, Esq.
(*pro hac vice*)
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Ave., N.W. East Tower, Suite 500
Washington, District of Columbia 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
Emails: afryszman@cohenmilstein.com
        aouoba@cohenmilstein.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Keo Ratha, Sem Kosal, Sophea Bun, Yem Ban, Nol Nakry, Phan Sophea, and Sok Sang,, <br><br> Plaintiffs, <br><br> vs. <br><br> Phatthana Seafood Co., Ltd.; S.S. Frozen Food Co., Ltd.; Doe Corporations 1-5; Rubicon Resources, LLC; and Wales & Co. Universe Ltd., <br><br> Defendants. | Case No.: 2:16-CV-04271 JFW (ASX) <br><br> [Assigned to the Honorable John F. Walter – Courtroom 16] <br><br> **PROOF OF SERVICE OF SUMMONS ON DEFENDANT WALES & CO. UNIVERSE, LTD.** <br><br> Complaint filed:   June 15, 2016 <br> Disc. Cut-Off:   None Set <br> Motion Cut-Off:   None Set <br> Trial Date:   None Set |

1    [Additional Counsel continued from previous page]

2

3    Anthony DiCaprio, Esq. [SD NY #1872621 and ND NY #507797]
(*pro hac* vice)
Attorney at Law
4    64 Purchase Street
Rye, New York 10580
5    Telephone: (917) 439-5166
Emails: ad@humanrightslawyers.com
6            anthonydicaprio@gmail.com

7    Paul L. Hoffman, Esq. [S.B. #71244]
Catherine E. Sweetser, Esq. [S.B. #271142]
8    SCHONBRUN SEPLOW HARRIS & HOFFMAN LLP
723 Ocean Front Walk
9    Venice, California 90291
Telephone: (310) 396-0731
10    Facsimile: (310) 399-7040
Emails: hoffpaul@aol.com
11            catherine.sdshhh@gmail.com

12    Attorneys for Plaintiffs

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PROOF OF SERVICE OF SUMMONS
ON DEF WALES & CO. UNIVERSE, LTD.

1    **TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

2         Attached hereto as Exhibit 1 is a true and correct copy of the Proof of Service of

3    Summons relating to Defendant WALES & CO. UNIVERSE LTD., personally served

4    on June 24, 2016.

5

6    Dated: July 7, 2016                    Respectfully Submitted,

7                                           COHEN MILSTEIN SELLERS & TOLL PLLC

8                                           ANTHONY DICAPRIO, ATTORNEY AT LAW

9                                           SCHONBRUN SEPLOW HARRIS &
                                            HOFFMAN LLP
10
                                            HADSELL STORMER & RENICK LLP
11

12

13                                          By: ___/s/ - Mary Tanagho Ross_____
                                                  Dan Stormer
14                                                Mary Tanagho Ross
                                            Attorneys for Plaintiffs
15

16

17

18

19

20

21

22

23

24

25

26

27

28

PROOF OF SERVICE OF SUMMONS              -1-
ON DEF WALES & CO. UNIVERSE, LTD.

# EXHIBIT 1

| Attorney or Party without Attorney:<br>DAN  STORMER ESQ., Bar #101967<br>HADSELL STORMER & RENICK, LLP<br>128 N. FAIR OAKS AVENUE<br>PASADENA, CA  91103<br>Telephone No: 626-585-9600          FAX No: 626-577-7079 | For Court Use Only |
|---|---|

Attorney for: Plaintiff | Ref. No. or File No.:

Insert name of Court, and Judicial District and Branch Court:
U.S. DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

Plaintiff: KEO RATHA

Defendant: PHATTHANA SEAFOOD CO.

| PROOF OF SERVICE<br>SUMMONS IN A CIVIL CASE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>2:16-CV-04271JFW |
|---|---|---|---|---|

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the SUMMONS IN A CIVIL CASE; SEE ATTACHMENT

3. a. *Party served:*                            WALES & CO. UNIVERSE, LTD.
   b. *Person served:*                          CHARMEN WATKINS, CLIENT REP., Black, Female, 30 Years Old, Black Hair,
                                                Brown Eyes, 5 Feet 4 Inches, 120 Pounds

4. *Address where the party was served:*        PARACORP INCORPORATED
                                                2804 GATEWAY OAKS DRIVE
                                                SUITE 200
                                                SACRAMENTO, CA  95833

5. *I served the party:*
   a. **by personal service.**  I personally delivered the documents listed in item 2 to the party or person authorized to receive
      process for the party (1) on: Fri., Jun. 24, 2016 (2) at: 2:45PM

6. *The "Notice to the Person Served" (on the Summons) was completed as follows:*
   *on behalf of:*  WALES & CO. UNIVERSE, LTD.
   Under CCP 416.10 (corporation)

7. *Person Who Served Papers:*                  Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. JEREMY  GLAZE                             d. *The Fee for Service was:*     $38.40

   2300 P Street                                e. I am: (3)  registered California process server
   Sacramento, CA 95816                            *(i)*    Independent Contractor
   (916) 498-0808                                  *(ii)*   *Registration No.:*     2011-65
   FAX (916) 498-0817                              *(iii)*  *County:*               Sacramento

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

   *Date:  Fri, Jun. 24, 2016*

   Judicial Council Form POS-010              PROOF OF SERVICE                                      dst.289694
   Rule 2.150.(a)&(b) Rev January 1, 2007     SUMMONS IN A CIVIL CASE        (JEREMY GLAZE)

# ATTACHMENT

COMPLAINT; CIVIL CASE COVER SHEET; CERTIFICATION AND NOTICE OF INTERESTED PARTIES; APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE PRO HAC VICE (AGNIESZKA M. FRYSZMAN); (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE PRO HAC VICE (AGNIESZKA M. FRYSZMAN); NOTICE OF APPEARANCE OR WITHDRAWAL OF COUNSEL; NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS; NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES; NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM; NOTICE OF PROHAC VICE APPLICATION DUE (ALLYSSON FORD OUOBA); NOTICE OF PRO HAC VICE APPLICATION DUE (ANTHONY DICAPRIO); NOTICE OF PRO HAC VICE APPLICATION DUE (PAUAL L. HOFFMAN); NOTICE OF PRO HAC VICE APPLICATION DUE (CATHERINE E. SWEETSER); RESPONSE TO NOTICE OF PRO HAC VICE DUE BY PAUL L. HOFFMAN; RESPONSE TO NOTICE OF PRO HAC VICE DUE BY CATHERINE E. SWEETSER; APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE PRO HAC VICE (AGNIESZKA M. FRYSZMAN); (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE PRO HAC VICE(AGNIESZKA M. FRYSZMAN); APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE PRO HAC VICE (ALYSSON F. OUOBA); (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE PRO HAC VICE (ALLYSSON F. OUOBA); APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE PRO HAC VICE(ANTHONY DICAPRIO); (PROPOSED)ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE PRO HAC VICE (ANTHONY P. DICAPRIO)