Dan Stormer, Esq. [S.B. #101967]
Mary Tanagho Ross, Esq. [S.B. #280657]
HADSELL STORMER & RENICK LLP
128 N. Fair Oaks Avenue
Pasadena, California 91103
Telephone: (626) 585-9600
Facsimile: (626) 577-7079
Emails: dstormer@hadsellstormer.com
        mross@hadsellstormer.com

Agnieszka Fryszman, Esq. [DC #459208]
Alysson Ford Ouoba, Esq.
(*pro hac vice*)
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Ave., N.W. East Tower, Suite 500
Washington, District of Columbia 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
Emails: afryszman@cohenmilstein.com
        aouoba@cohenmilstein.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Keo Ratha, Sem Kosal, Sophea Bun, Yem Ban, Nol Nakry, Phan Sophea, and Sok Sang,, <br><br> Plaintiffs, <br><br> vs. <br><br> Phatthana Seafood Co., Ltd.; S.S. Frozen Food Co., Ltd.; Doe Corporations 1-5; Rubicon Resources, LLC; and Wales & Co. Universe Ltd., <br><br> Defendants. | Case No.: 2:16-CV-04271 JFW (ASX) <br><br> [Assigned to the Honorable John F. Walter – Courtroom 16] <br><br> **PROOF OF SERVICE OF EFILED DOCUMENTS – DOCKET NUMBERS 20-22 ON DEFENDANT WALES & CO. UNIVERSE, LTD.** <br><br> Complaint filed:  June 15, 2016 <br> Disc. Cut-Off:   None Set <br> Motion Cut-Off:  None Set <br> Trial Date:      None Set |

1  [Additional Counsel continued from previous page]

2  Anthony DiCaprio, Esq. [SD NY #1872621 and ND NY #507797]
3  (*pro hac* vice)
   Attorney at Law
4  64 Purchase Street
   Rye, New York 10580
5  Telephone: (917) 439-5166
   Emails: ad@humanrightslawyers.com
6          anthonydicaprio@gmail.com

7  Paul L. Hoffman, Esq. [S.B. #71244]
   Catherine E. Sweetser, Esq. [S.B. #271142]
8  SCHONBRUN SEPLOW HARRIS & HOFFMAN LLP
   723 Ocean Front Walk
9  Venice, California 90291
   Telephone: (310) 396-0731
10 Facsimile: (310) 399-7040
   Emails: hoffpaul@aol.com
11         catherine.sdshhh@gmail.com

12 Attorneys for Plaintiffs

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

| | |
|---|---|
| 1 | **TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:** |
| 2 | Attached hereto as Exhibit 1 is a true and correct copy of the Proof of Service of |
| 3 | efiled documents, docket numbers 20-22 in the above-entitled action, relating to |
| 4 | Defendant WALES & CO. UNIVERSE LTD., personally served on June 28, 2016. |

Dated: July 7, 2016

Respectfully Submitted,

COHEN MILSTEIN SELLERS & TOLL PLLC

ANTHONY DICAPRIO, ATTORNEY AT LAW

SCHONBRUN SEPLOW HARRIS & HOFFMAN LLP

HADSELL STORMER & RENICK LLP


By: __/s/ - Mary Tanagho Ross__
     Dan Stormer
     Mary Tanagho Ross
Attorneys for Plaintiffs

# EXHIBIT 1

| Attorney or Party without Attorney:<br>DAN STORMER ESQ., Bar #101967<br>HADSELL STORMER & RENICK, LLP<br>128 N. FAIR OAKS AVENUE<br>PASADENA, CA 91103<br>Telephone No: 626-585-9600     FAX No: 626-577-7079 | For Court Use Only |
|---|---|
| Attorney for: Plaintiff | Ref. No. or File No.:<br>THAI WORKER - 1049 |
| Insert name of Court, and Judicial District and Branch Court:<br>U.S. DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA | |
| Plaintiff: KEO RATHA | |
| Defendant: PHATTHANA SEAFOOD CO., LTD. | |
| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>2:16-CV-04271-JFW-AS |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS (RE: DOC #17), DATED 6/24/2016; TEXT ONLY ENTRY BY CHAMBERS OF JUDGE JOHN F. WALTER RE: COURTESY COPIES OF ALL CASE OPENING DOCUMENTS SHALL BE DELIVERED TO CHAMBERS BY NOON ON JUNE 28, 2016, DATED 6/27/2016; STANDING ORDER, JUDGE JOHN F. WALTERS, DATED 6/27/2016

3. a. Party served:         WALES & CO. UNIVERSE, LTD.
   b. Person served:        SEAN CARRAWAY, CLIENT REP. White, Male, 35 Years Old, Brown Hair, Brown Eyes, 5 Feet 8 Inches, 180 Pounds

4. Address where the party was served:    PARACORP INCORPORATED
                                           2804 GATEWAY OAKS DRIVE
                                           SUITE 200
                                           SACRAMENTO, CA 95833

5. I served the party:
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Tue., Jun. 28, 2016 (2) at: 12:55PM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: WALES & CO. UNIVERSE, LTD.
   Under CCP 416.10 (corporation)

7. Person Who Served Papers:                             Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. JEREMY GLAZE                                       d. The Fee for Service was: $50.00
   2300 P Street                                         e. I am: (3) registered California process server
   Sacramento, CA 95816                                      (i) Independent Contractor
   (916) 498-0808                                            (ii) Registration No.:    2011-65
   FAX (916) 498-0817                                        (iii) County:             Sacramento

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   Date: Tue, Jun. 28, 2016

                                                         (signature)
                                                         (JEREMY GLAZE)

Judicial Council Form POS-010                 PROOF OF SERVICE                           dst.289846
Rule 2.150.(a)&(b) Rev January 1, 2007