# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV16-04271-JFW (ASx) | Date | October 20, 2017 |
|---|---|---|---|
| Title | Keo Ratha, et. al., v. Phatthana Seafood Co., Ltd., et. al., | | |

Present: The Honorable    Alka Sagar, United States Magistrate Judge

| Alma Felix | |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants |
| N/A | N/A |

**Proceedings:**    Order To Show Cause re Joint Statement Regarding Defendant's Application for Issuance of Request for International Judicial Assistance (Letter Rogatory)

On October 12, 2017, the Court issued an order directing the parties to meet and confer "regarding the topics to be addressed at any examination of the witness and the production of documents from the witness." Docket No. 125. This order was issued <u>after the Court determined that Defendants had failed to meet and confer</u> prior to the filing of an *ex parte* Application on October 10, 2017 for a Request for International Judicial Assistance (Letter Rogatory), seeking testimony and documents from a witness presently in Australia. (Docket No. 123 ). The Court's October 12, 2017 Order directed the parties to either (1) file a joint application for a Letter Rogatory with the Court - **no later than October 18, 2017**; or (2) file a joint statement - **no later than October 19, 2017**- setting forth their respective positions on the topics and documents." Docket No. 125.

On October 19, 2017, the parties filed a "Joint Statement Pursuant to October 12, 2017 Order re Letter Rogatory" (Docket No. 127) . It appears that the parties have again failed to meet and confer prior to this filing, in violation of the Court's Order and this Court's Local Rule 37-1. According to Plaintiffs' position statement, counsel for Defendants "declined Plaintiffs' offer to meet and confer to resolve the parties' differences and instead directed Plaintiffs to simply provide their portion of this stipulation." Docket No. 127 at 53. [1] Indeed, Exhibit 2 to Plaintiffs' position statement includes an email from defendants' counsel reflecting her belief that the Court did not order the parties to meet and confer on the Letter Rogatory. <u>Id.</u> at 70. However, this belief is belied by the filings in this case. The parties submitted their respective positions regarding Defendants' *ex parte* Application (Docket Nos. 123-124) but the Court deferred ruling on that application and instead, ordered the parties to meet and confer regarding the topics

---

[1]    The Court cites to the pagination provided by the Court's Electronic Docket.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV16-04271-JFW (ASx) | Date | October 20, 2017 |
|---|---|---|---|
| Title | Keo Ratha, et. al., v. Phatthana Seafood Co., Ltd., et. al., | | |

to be addressed at any examination of the witness and the production of documents by the witness and directed the parties to either file a joint application for a Letter Rogatory (if they were able to reach an agreement), or file a joint statement setting forth their respective positions on the topics and documents at issue if they were unable to reach an agreement.

Accordingly, the Court orders Defendants to show cause, in writing, on or before October 25, 2017, why their application for the issuance of a Letter Rogatory should not be denied for failure to comply with this Court's October 12, 2017 Order and Local Rule 37-1. This Order will be discharged upon the filing of a joint application or joint statement setting forth the results of the parties' meet and confer no later than October 25, 2017. Failure to respond to this Order to Show Cause will result in the denial of Defendants' application for the issuance of a Letter Rogatory.

IT IS SO ORDERED.


cc: John F. Walter
United States District Judge

Initials of Preparer     AF