SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
 A Limited Liability Partnership
 Including Professional Corporations
BRYAN D. DALY, Cal. Bar No. 117901
bdaly@sheppardmullin.com
CHARLES L. KREINDLER, Cal. Bar No. 119933
ckreindler@sheppardmullin.com
BARBARA E. TAYLOR, Cal. Bar No. 166374
btaylor@sheppardmullin.com
MELISSA K. EAVES, Cal. Bar No. 123021
meaves@sheppardmullin.com
333 South Hope Street, 43rd Floor
Los Angeles, California 90071-1422
Telephone:  213.620.1780
Facsimile:   213.620.1398

Attorneys for Phatthana Seafood Co., Ltd.;
S.S. Frozen Food Co., Ltd.; Rubicon
Resources, LLC; and Wales & Co.
Universe Ltd.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| Keo Ratha, Sem Kosal, Sophea Bun, Yem Ban, Nol Nakry, Phan Sophea, and Sok Sang, <br><br> Plaintiffs, <br><br> v. <br><br> Phatthana Seafood Co., Ltd.; S.S. Frozen Food Co., Ltd.; Doe Corporations 1-5; Rubicon Resources, LLC; and Wales & Co. Universe Ltd., <br><br> Defendants. | Case No. 16-cv-04271-JFW (ASx) <br> Hon. John F. Walter <br><br> **JOINT SET OF EXHIBITS IN SUPPORT AND IN OPPOSITION TO RUBICON RESOURCES, LLC AND WALES & CO. UNIVERSE LTD.'S MOTION FOR SUMMARY JUDGMENT PART 2** <br><br> <u>Hearing</u> <br> Date:   Monday, December 18, 2017 <br> Time:   1:30 p.m. <br> Courtroom:   7A, 350 W. 1st Street <br><br> Complaint Filed:  June 15, 2016 <br> Disc. Cut-Off:  November 20, 2017 <br> Motion Cut-Off:  December 18, 2017 <br> Pre-Trial Conference:  January 5, 2018 <br> Trial Date:  January 16, 2018 |

# EXHIBIT 34

Joint Ex. Pg. No. 820

DEFENDANTS_000650



*From Farm to Table*

# PRODUCTS OF THAILAND

A special publication of the Bangkok Post

CONFIDENTIAL            DEFENDANTS_000650

Pltfs' Opp. to Summ. Judgment
Exhibit 34, Pg. 1
Joint Ex. Pg. No. 821

DEFENDANTS_000650

# THAILAND – PORTAL TO SEAFOOD SUPPLY



Thailand, also known as the "Kitchen of the World", has long been in the first frontier of global seafood supply. Located at the most strategical geographical area of Southeast Asia, Thailand has an extended coastline over 3,000 kilometres connecting with 2 major oceans, the Andaman and the Gulf of Thailand, both of which allow Thailand to gain access to abundant natural seafood.

In addition to the geographic advantage, Thailand is surrounded by suitable tropical climate accompanied with Thai people know-how and skill in agricultural and farming gained from experience passed from generation to generation. All of these make Thailand one of the most competitive sources when it comes to seafood and its related supplies.

Thus, wherever the seafood product labeled "Product of Thailand", it does not only mean the trace of its origin, but it also means exceptional quality of our seafood supplies originated from Thailand.

# PTN GROUP – THAILAND'S LEADING SEAFOOD EXPORTER



Back in 1965, PTN Group began its local fishery brokerage business at the central fishery market in the heart of Bangkok, Thailand, by the establishment of Phatthana Fishery Co., Ltd. Since then the group has continuously expanded its seafood business vertically in both downstream and upstream value chain. Phatthana Seafood Co., Ltd. was established in 1986 to process and began exporting frozen seafood products to the global market. Along with its thriving development, PTN Group moves forward from domestic to multinational corporation and gets closer to its global consumer by establishment its affiliates in major international market areas, such as the USA, EU and Japan.

Today, PTN Group is recognised as one of the leading seafood packers with strong focus on frozen shrimp and its related value-added products in Thailand in terms of capacity and billing. The group's frozen seafood business comprises 5 companies / 6 production factilities located in the major strategical seafood locations throughout Thailand – Samutsakorn (upper-southern part), Chanthaburi (eastern part) and Songkhla (lower-southern part) – to ensure freshness quality and first-hand information of seafood supplies.

In addition to our internationally certified processing facilities, seafood sourcing and production expertise and market knowledge accumulated over the years, we expand backward to our upstream value chain in shrimp farming operation to ensure the freshness quality and sustainable supply of shrimp raw material. Today, our shrimp farming area is located along the Eastern and Southern region of Thailand. We also extend our international quality standard in shrimp farming practice through our contract farming with selected qualified farms, as our Approved Vendor List (AVL).

Our accomplishments and strong commitment to serve exceptional quality products tailored to global market needs have strongly positioned our products in both local and international markets. Some of our worldwide markets include but are not limited to USA, Canada, Europe, UK, Japan, Australia, Hong Kong, Korea, Taiwan, Singapore and the Middle East.

Pltfs' Opp. to Summ. Judgment
Exhibit 34, Pg. 2
Joint Ex. Pg. No. 822

DEFENDANTS_000650



# PTN GROUP –
# PORTAL TO FOOD
# PRODUCT DEVELOPMENT

Capitalised on its vast experience in the frozen seafood business, PTN Group has horizontally expanded its operations into refrigerated warehousing and cold storage services. Operating under the name of Thepmanee Cold Storage, the Group's modern cold storage facilities are positioned in 3 strategic locations – Chanthaburi, Samutsakorn, Talad Tai (Northern Bangkok). Each location is proximite to Thailand's major food distribution hubs and food processing industrial zones as well as the country's main logistic infrastructures.

The provision of these services enables PTN Group to gain access to wide verity of fresh food supplies, including vegetables and fruits, beside seafood supply, all of which are fresh ingredients for several value-added products and ready-to-eat meals that we have continuously expanded our production line and market.



CONFIDENTIAL          DEFENDANTS  000652

Pltfs' Opp. to Summ. Judgment
Exhibit 34, Pg. 3
Joint Ex. Pg. No. 823

DEFENDANTS_000650

# DEDICATION TO CONTINUOUS QUALITY DEVELOPMENT

Behind our fresh, delicious and delightful products, food safety is our first priority and uncompromising standard practice. We meticulously operate our seafood processing facilities and shrimp farming under the widely accepted international food safety standards and quality management systems. Some of our world-class certified achievements in farming, food handling and processing include GMP, HACCP, ISO 9001, BRC, IFS, BAP, ISO/IEC 17025 and ISO 14001. We also possess the state-of-art laboratories to perform chemical and microbiological analysis to ensure that our products are completely safe, free from food-borne pathogens and antibiotic residues.



- Good Manufacturing Practice (GMP) Certification
- Hazard Analysis and Critical Control Point (HACCP) Codex Alimentarius System
- Hazard Analysis and Critical Control Point (HACCP) USFDA Regulations, 21 CFR Part 123 Fish and Fishery Products Certification
- ISO 9001:2008 Certification
- British Retail Consortium (BRC) Global Standard for Food Safety Certification
- International Food Standard (IFS) Certification

- Best Aquaculture Practices Certificate from Aquaculture Certification Council, Inc.
- Global Aquaculture Alliance (GAA) Best Aquaculture Practices (BAP) Seafood Processing Standard Issue 2 for Food Safety Certification from NSF Surefish
- ISO 14001:2004 standard for Environment Management System Certification
- ISO/IEC 17025:2005(E) International standard for the competence of testing and calibration laboratories
- Halal Certification







Without the ability to identify the origin of our products and how they are handled, our world-class quality management cannot be accomplished. Traceability system is integrated in our strategically systematic approach to our quality-oriented production process. We are among the first in the industry to implement leading-edge traceability practices and continually develop and implement systematic foundations to ensure the integrity and transparency of our quality system.

Our practical traceability system is capable of tracking seafood from the consumer's plate back to the point of harvest, thereby giving consumers the confidence that comes with knowing exactly where their dinner comes from and how it has been handled.





CONFIDENTIAL          DEFENDANTS_000653

DEFENDANTS_000650





# SUSTAINABILITY AND SOCIAL RESPONSIBILITY

At PTN Group, we integrate a systematic approach to social responsibility in our business philosophy. Each of our products delivered involves every aspect of social development surrounding our business.

## PRODUCT

Our quality products reflect our commitment to global society in providing sustainable, nourishing, hygienic and safe seafood stocks reaching worldwide consumers.

## PROCESS

Along our business supply chain, we operate our shrimp farming and processing facilities under a close system that promotes environment-friendly operation. We continually improve and adapt our production processes toward energy efficient practices. We systematically manage the use of water resources with water treatment system which allow us to recycle the used water and provide our surrounding communities with nutrient-rich natural fertilizer to grow plants, thereby promoting green area living.

## PEOPLE



Without our best-in-class human capital, none of our commitment would be realised. At PTN Group, we promote equal opportunity employment. We equip our people with knowledge, skill and expertise throughout continuous training and promote our people with an ethical working environment. As a result, PTN Group encompasses cross-functional professionals that establish a seamless teamwork environment to serve our quality products with quality processes to the world community responsively.

We actively promote, sponsor and participate in both local and international social and environmental development. We support our local community by providing educational support. We believe that strong and equal education opportunities is one of the key foundations to sustainable social development. With our support, our people not only leverage their professional expertise in the workplace, they also enthusiastically participate in several local social assistant and environmental preservation projects. In addition to our direct contribution of our high-caliber manpower to society, as a leading player in the seafood industry, we also provide our quality products to support social assistant collaboration projects.

Together, as our business expanded, we continue to promote sustainable social and economic development as our integrated mission.

> "SUPPORT OUR PRODUCTS.
> SUPPORT THE WORLD COMMUNITY"

CONFIDENTIAL                    DEFENDANTS 000654

Pltfs' Opp. to Summ. Judgment
Exhibit 34, Pg. 5
Joint Ex. Pg. No. 825

DEFENDANTS_000650

# OUR FINEST SEAFOOD PRODUCTS

We offer a wide selection of quality seafood products and ready-to-eat meal.
Our products are tailored-made to satisfy the diverse need of our worldwide
consumer base. Some of our top quality, flavor-rich products are:

## RAW VANNAMEI SHRIMP











| HEAD ON | HEADLESS | HEADLESS EASY PEEL | PEELED DEVEINED TAIL-ON | PEELED DEVEINED TAIL-OFF |











| PDTO BUTTERFLY | PDTO BUTTER ROUND | NOBASHI | PDTO SKEWER | PD SKEWER |

## COOKED VANNAMEI SHRIMP











| COOKED HEAD ON | COOKED HEADLESS | COOKED HEADLESS EASY PEEL | COOKED PEELED DEVEINED TAIL-ON | COOKED PEELED DEVEINED TAIL-OFF |









| COOKED BROKEN | HALF MOON RING 20 OZ. | SHRIMP RING 10 OZ. | SHRIMP RING 16 OZ. | SHRIMP RING 40 OZ |

CONFIDENTIAL

DEFENDANTS_000655

**Pltfs' Opp. to Summ. Judgment
Exhibit 34, Pg. 6**
Joint Ex. Pg. No. 826

DEFENDANTS_000650

## READY MEAL







SHRIMP SPAGHETTI      SHRIMP FRIED RICE      SPICY SHRIMP WITH RICE      SHRIMP GREEN CURRY      SHRIMP WONTON SOUP

## BREADED AND BATTERED SHRIMP








BREADED TORPEDO SHRIMP      BREADED BUTTERFLY SHRIMP      BREADED PD SHRIMP      SHRIMP BURGER      SHRIMP TEMPURA      POPCORN SHRIMP








SHRIMP SPRING ROLL (FILO)      SPRING ROLL      CRISPY DELIGHT      SAMOSA      SHRIMP STICK      SESAME SHRIMP

## DIM SUM







SHRIMP SHAO MAI      PORK SHAO MAI      SHRIMP HAR GAO      SHRIMP SEAWEED WRAPPED      XIAO LONG BAO







PORK BUN (BAO)      CREAM BUN (BAO)      ROASTED PORK BUN (BAO)      VEGETABLE DUMPLING (GYOZA)      SHRIMP DUMPLING (GYOZA)

Creative Supplements EVP Art Pimtion Editor Simon Kind Project Manager Grimm Kanckwichaiyant Text Supplied Editorial Design Cheerawath Khivasukhon Ads Design CSP/Supplied Photographs Rooriong P/Chaya P Advertising VP Jaruda Juntrapom Tel +66 (0) 2240 3700 Fax +66 (0) 2672 9970 Email <supplement@bangkokpost.co.th> Production Allied Printers 0411
The Bangkok Post is edited by Pattnapong Chantranontwong for The Post Publishing PLC. Printer. Publisher and Owner Office Bangkok Post Bldg. 136 Na Ranong Rd. Klong Toey. Bangkok 10110 • www.bangkokpost.com

CONFIDENTIAL      DEFENDANTS_000656

DEFENDANTS_000650









**PHATTHANA SEAFOOD (MAHACHAI)**
Plant Address: 57/6 MOO 4
EAKACHAI ROAD, MUANG
SAMUTSAKORN, THAILAND
ESTABLISHMENT: 6 August 1986
**TH.1105**

**PHATTHANA SEAFOOD (SONGKHLA)**
Plant Address: 70/8 MOO 3
TAMBON KHAO RUB CHANG,
MUANG SONGKHLA, THAILAND
ESTABLISHMENT: 1 April 2010
**TH.1326**

**CHANTHABURI SEAFOODS**
Plant Address: 75/1 MOO 11
NAYAI-ARM, NAYAI-ARM
CHANTHABURI, THAILAND

ESTABLISHMENT: 16 February 1994
**TH.1109**

**CHANTHABURI FROZEN FOOD**
Plant Address: 75/3 MOO 11
NAYAI-ARM, NAYAI-ARM
CHANTHABURI, THAILAND
ESTABLISHMENT: 21 February 2001
**TH.1192**

**PHATTHANA FROZEN FOOD**
Plant Address: 24  MOO 1
THONBURI-PAKTOR ROAD
CHAIMONGKOL, MUANG
SAMUTSAKORN, THAILAND
ESTABLISHMENT: 31 August 2005
**TH.1282**

**S.S. FROZEN FOOD**
Plant Address: 70/5 MOO 3
TAMBOL KAO-RUP-CHANG
MUANG, SONGKHLA, THAILAND

ESTABLISHMENT: 29 August 2002
**TH.1012**



**CONTACT US: HEAD OFFICE**
44 SOI CHAROENKRUNG 69
YANNAWA, SATHORN, BANGKOK, THAILAND
TEL.       662 212 5524-5
FAX.       662 212 4856
EMAIL     inquiry@ptngroup.com
WEB SITE: www.ptngroup.com



CONFIDENTIAL                    DEFENDANTS_000657

# EXHIBIT 35

Joint Ex. Pg. No. 829



# Tasty Asian
# Tasty World



CONFIDENTIAL                    DEFENDANTS_002129

**Pltfs' Opp. to Summ. Judgment**
**Exhibit 35, Pg. 1**
Joint Ex. Pg. No. 830

# Corporate
# Profile & History

S.S. FROZEN FOOD CO., LTD IS ONE OF PTN GROUP COMPANIES, THE MAJOR PREMIUM-QUALITY SEAFOOD COMPANY, PROVIDING THE FRESHESS AND FINEST QUALITY SEAFOOD PRODUCTS THAT ALWAYS DELIGHT THEIR CUSTOMERS WORLDWIDE.

S.S. FROZEN FOOD CO.,LTD. IS A MANUFACTURER AND EXPORTER FOR FROZEN FISH AND CEPHALOPOD TO ASIA, EUROPE AND USA MARKET.

WITH OVER 25 YEARS EXPERIENCE , WE HAVE THE CONFIDENCE AND THE COMMITMENT TO DELIVER THE HIGHEST QUALITY SEAFOOD TO OUR CURRENT AND NEW CUSTOMERS AROUND THE WORLD.





1986  THE THAI FISHERIES COOPERATION CO.,LTD.  WAS ESTABLISHED IN SONGKHLA SOUTHERN THAILAND

1999 CHANGED THE CORPORATE NAME TO BE SONGKHLA FROZEN SEAFOODS ENGAGED IN FROZEN FISH AND CEPHALOPOD PRODUCTS PROCESSING FOR EXPORT

2005 CHANGED THE CORPORATE NAME TO S.S.FROZEN FOOD CO.,LTD.  ENGAGED IN FROZEN FISH , CEPHALOPOD AND VALUE ADDED PRODUCTS

2009 S.S.FROZEN FOOD IS BECOME SUBSIDIARY OF PTN GROUP.  TO CONTINUOUSLY EXPANDING TO THE NEW MARKETS WHICH AT PRESENT THE COMPANY'S PRODUCTS ARE EXPORTED WORLD WIDE



Pltfs' Opp. to Summ. Judgment
Exhibit 35, Pg. 2
Joint Ex. Pg. No. 831

# Corporate Information

| | | |
|---|---|---|
| **OFFICE  ADDRESS** | : | 70/5  MOO.3 TAMBOL KHAO-RUP-CHANG , MUANG , SONGKHLA 90000 |
| **FACTORY  ADDRESS** | : | 70/5  MOO.3 TAMBOL KHAO-RUP-CHANG , MUANG , SONGKHLA 90000 |
| **TELEPHONE NO.** | : | 66-74-310-999 (AUTO) |
| **FAX NO.** | : | 66-74-310-950-1 |
| **E-MAIL  ADDRESS** | : | info@ssfrozenfood.com |
| **WEBSITE** | : | WWW.SSFROZENFOOD.COM |
| **ESTABLISHED** | : | AUGUST 29,2005 |
| **NO.OF EMPLOYEES** | : | 600 PERSONS (APPROXIMATELY) |
| **BRAND** | : | TFC / TMF / RAN |
| **PLANT APPROVAL STATUS** | : | THAILAND NO.1012 |
| | | FDA REGISTRATION NO. 18967966328 |

**QUALITY  CERTIFICATE**        : -

- ACCREDITED  WITH  GOOD  MANUFACTURING PRACTICES (GMP) BY DEPARTMENT OF FISHERY
- ACCREDITED WITH HAZARD ANALYSIS AND CRITICAL CONTROL POINT (HACCP) BY DEPARTMENT OF FISHERY
- ACCREDITED WITH CERTIFICATE OF MANUFACTURER BY FOOD AND DRUG ADMINISTRATION
- ACCREDITED WITH Q.MARK CERTIFICATE BY DEPARTMENT OF FISHERY






CONFIDENTIAL                    DEFENDANTS_002131

**Pltfs' Opp. to Summ. Judgment**
**Exhibit 35, Pg. 3**
Joint Ex. Pg. No. 832

# Various of Fish







## Me-aji

**Big eyes Scad**
*Selar spp.*

| Description | Size (Piece per Block) | Packing | Freezing |
|---|---|---|---|
| - Butterfly/Hiraki | 60,70,80,90,100,110, 120,120/140,140/160, 160/180, 180/200 | 2x4 kgs | Semi-Block |
| - Butterfly | 25 | 10x1 kg | Semi-Block |
| - Fillet | 70,80,90,100,110,120,130,140, 180,210/250,200/300,300/400, 400/500 | 2x4 kgs | Semi-Block |
| - Fillet tail on | 25 , 30 | 2x10x600g | Semi-Block |

## Kisu

**Silver Sillago**
*Sillago spp.*





| Description | Size (Piece per Block) | Packing | Freezing |
|---|---|---|---|
| - Butterfly/Hiraki | 10,15,20,25,30,40,50 (One Day Catch Material) | 10x550g. | Semi-IQF. |
| | 10,15,20,25,30,40,50 (Trawler Material) | 10x550g. | Semi-IQF. |



CONFIDENTIAL

DEFENDANTS_002132

Pltfs' Opp. to Summ. Judgment
Exhibit 35, Pg. 4
Joint Ex. Pg. No. 833



## *Itoyori*
### Threadfin bream
#### *Nemipterus spp.*

いとより

| Description | Size (Piece per Block) | Packing | Freezing |
|---|---|---|---|
| - Fillet tail on | 25,30,35,45 | 10×600g. | Semi-Block |
| - Fillet | 50/60,60,80,80/100 g./pc | 10×3 kg | IQF. |
| - Butterfly/Hiraki | 25,36,40 | 10×600g. | Semi-Block |
| - Portion cut | 6-3 g./pc, 6-10 g./pc | 6×3 kgs | Semi-Block/S-packed |
| (Bone on/Boneless) | | | |

カワハギ

## Kawahagi
### Leather jacket
#### *Alutera monoceros*




| Description | Size (Gram per piece) | Packing | Freezing |
|---|---|---|---|
| - Headless | 50/100 . 100/150, 150/200, 200/250, 250/300 | 1x10kgs. | Block |
| - Fillet/Skinless (IWP) | 90/120, 120/150, 150/200, 200/250, 250/300,250up | 1x10kgs | IQF. |
| - Fillet/Skinless (IVP) | 200/300, 300/500 | 2(1x5kgs.) | IQF. |



## Mamakari
### Sardine
#### *Sardinella spp.*

ままかり

| Description | Size (Length) | Packing | Freezing |
|---|---|---|---|
| - Fillet | 6.5-7.5 cm , 7.5-8.5 cm. 7-8 cm, 8-9 cm. | 6×2 kgs 2×4 kgs | Semi-Block Semi-Block |
| - Harabiraki | 7-8 cm. | 2x(2x4kgs) | Semi-Block |

CONFIDENTIAL
DEFENDANTS_002133

Pltfs' Opp. to Summ. Judgment
Exhibit 35, Pg. 5
Joint Ex. Pg. No. 834



ひ
め
じ

**R**ed mullet
**G**oat fish
*Himeji*
*Parupeneus heptacanthus*

| Description | Size (Gram per piece) | Packing | Freezing |
|---|---|---|---|
| - Head on /Gilled Gutted/ Scale off | 140/170 | 1x10kgs | IQF. |
| - Fillet / Boneless | 10/20,20/40, 40/60,60/80,80UP | 10×1kg. | IQF. |
| - Rose rolls | 50g./flower (4-5 pcs) | | |



**G**rouper
*Hata*
*Epinephelus spp.*

は
た

| Description | Size (Weight per piece) | Packing | Freezing |
|---|---|---|---|
| - Head on /Gilled /Gutted / Scale off | 150/200, 200/300 g./pc 1.0-1.4kgs, 1.4-1.7kgs, 1.7-2.0kgs. | 1x10kgs 1x10kgs (IWP) | IQF. IQF. |
| - Rose rolls | 50g./flower (4-5pcs) | | |



**Pltfs' Opp. to Summ. Judgment**
**Exhibit 35, Pg. 6**
Joint Ex. Pg. No. 835

# *Portion Cut*



## **Emperor**
### *Lethrinus spp.*
Size 150/180g.
Packing 1x3 kgs



## **Barracuda**
### *Sphyraena obtusata*
Size 150/180g.
Packing 1x3 kgs





## **Mahi Mahi**
### *Coryphaena hippurus*
Size 140/160g.
Packing 1x3 kgs

## **Leather Jacket**
### *Alutera monoceros*
Size 15 g. , 30g.
Packing 10x1 kgs



CONFIDENTIAL                    DEFENDANTS_002135

# Various of Cephalopod

ヤリイカ

## Yari Ika

**Squid**
*Photololigo duvaucelii*
*Photololigo chinensis*
*Loligo formosana*





| Description | Size (Piece per kg) | Packing | Freezing |
|---|---|---|---|
| - Whole Round | U/3, 3/6,U/5,U/10,11/20 | 10x1kg, 1x10kgs | IQF |
| - Whole cleaned | U/5,U/10,11/20,21/40 | 10x1kg | IQF |
| - Tube | 20/40, 40/60,60/80,60/120 | 10x1kg, 1x10kgs | IQF |
| - Tentacle(Raw/Blanched) | 61UP, 60/120, 120/300 | 10x1kg ,1x10kgs | IQF |
| - Ring (Raw/Blanched) | 1-2 cm. | 10x1kg | IQF |
| (Skin-on/Skin-off) | | | |

CONFIDENTIAL
DEFENDANTS_002136
Pltfs' Opp. to Summ. Judgment
Exhibit 35, Pg. 8
Joint Ex. Pg. No. 837



# Monkou Ika

## Cuttlefish
*Sepiella inermis*
*Sepia brevimana*

日名ニモンコウイカ

| Description | Size (Piece per kg) | Packing | Freezing |
|---|---|---|---|
| - Whole cleaned | U/5.0/10,11/20,21/40 | 10x1kg,1x5kgs | IQF. |
| | 41/60,61UP,60/80,80/120 | 12x1kg | |

い
い
だ
こ

# *Iidako*

## Octopus
*Octopus spp.*



| Description | Size (Piece per kg) | Packing | Freezing |
|---|---|---|---|
| - Gutted Flower | 5/30,31/60,61UP | 10x1 kg | IQF. |
| - Ink-off Flower | 5/15,16/25,26/40, | 6x2 kgs | Block |
| | 41/60,61/80,80UP | | |



# *Whole Round*

## Slipper Lobster
*Thenus orientalis*
*Size 4-6 OZ ,6-8 OZ*
*Packing 1x4 kgs.*

CONFIDENTIAL                    DEFENDANTS_002137

# Skewer

# Various of Value added

## Dusted

Threadfin bream 10g.



Squid ring & tentacle



Baby cuttlefish 65g.



Squid tentacle 110g.



Seafood mix 100g.



Baby octopus 85g.



Marinated seafood mix 110g.



CONFIDENTIAL                    DEFENDANTS_002138

# Breaded



**T**una dices with sesame
15-20g./pc Coating 35%

**T**una dices
30g./skewer Coating 15%





**M**e-aji Hiraki
50g.-80g./pc Coating 50%

**I**toyori Leaf
60g./pc Coating 50%





**F**ish finger
20g./pc Coating 50%



CONFIDENTIAL                    DEFENDANTS_002139

**Pltfs' Opp. to Summ. Judgment
Exhibit 35, Pg. 11**
Joint Ex. Pg. No. 840



PRODUCTS OF THAILAND





# Factory & Office

78/5 Moo 3, Tambol Khao-Rup-Chang, Muang, Songkhla 90000 Thailand

Tel. (66) 74-310-999 Fax. (66)74-310-950   E-mail : info@ssfrozenfood.com

www.ssfrozenfood.com



CONFIDENTIAL                    DEFENDANTS_002140

**Pltfs' Opp. to Summ. Judgment
Exhibit 35, Pg. 12**
Joint Ex. Pg. No. 841

# EXHIBIT 36

DEFENDANTS_008946



# Core Competency

At Rubicon Resources, a *core competency* isn't simply performing a function better than our competitors. To us, a core competency is the continuous improvement of ourselves as a business. We have redefined the way a traditional seafood importer functions so that we can offer our customers more options, better prices, myriad services, speedier delivery and purer product. We can also ensure the best customer service as well as our personal guarantee that every product with our name on it will far exceed expectations. How can we achieve all this?

## OUR CORE COMPETENCIES:

| | |
|---|---|
| *Vertical Integration* | *By being vertically integrated to our suppliers, we can remove unnecessary, timely and costly layers out of each level of transaction.* |
| *Captive Access* | *We own our own processing facilities and we're partners with our suppliers; this allows us to offer superior product in scalable amounts, with prices unmatched by others — all year long.* |
| *Product Integrity* | *The use of banned chemicals, antibiotics and hormones are never used in our naturally raised seafood.* |
| *Traceability* | *We are a straight line to the largest supply of seafood in the world, allowing us to trace our product with individual production codes every step of the way.* |
| *Sustainability* | *All of our seafood is caught using environmentally friendly and eco-sensitive methods, and all of our shrimp processing facilities are ACC-certified.* |
| *Quality Assurance* | *Our QA program includes specifications, guidelines, factory audits and extensive hands-on customer service.* |
| *Our Capabilities* | *In-house Culinary Department*<br>*Private Label and Product Development*<br>*Corporate Chef*<br>*Marketing / Branding Capabilities*<br>*Merchandising and Sales Divisions*<br>*Replenishment, Logistics and Distribution Abilities* |

For more information on Rubicon Resources:
(310) 887-3883 or go to www.RubiconResources.com

RUBICON CONFIDENTIALITY NOTICE: THIS IS A PRIVATE COMMUNICATION FOR THE INTENDED RECIPIENT(S) ONLY AND THE CONTENTS MAY INCLUDE PRIVILEGED, CONFIDENTIAL, AND/OR PROPRIETARY MATERIAL...

CONFIDENTIAL                    DEFENDANTS_008946

**Pltfs' Opp. to Summ. Judgment**
**Exhibit 36**
**Joint Ex. Pg. No. 843**

# EXHIBIT 37

DEFENDANTS_008954

 5730 UPLANDER WAY, SUITE 200 • CULVER CITY • CA 90230
PH: (310) 887-3883 • FAX: (310) 278-7203 • WWW.RUBICONRESOURCES.COM

## BUSINESS SUMMARY

### Food Service Division
September 4, 2012

### MISSION STATEMENT

Rubicon is in the service business.  Our primary services are:

- Vertically integrated seafood and canned fish programs
- The development and distribution of innovative food products to the North American retail and foodservice markets

### OBJECTIVE

Diversify Rubicon's customer and product base and grow top line sales by bringing high quality products and programs to market via a revived and dedicated Food Service Division

- Create top line growth over the next three calendar years
    1. 2013    $10mm
    2. 2014    $20mm
    3. 2015    $30mm
- Create Incremental GP $ (Pre GS&A) over the next three years
    1. 2013    $650,000
    2. 2014    $1,500,000
    3. 2015    $2,700,000

Confidentiality Notice: This message is a private communication for the intended recipient(s) only, and the
contents may include privileged, confidential and/or proprietary material.

1

CONFIDENTIAL                    DEFENDANTS_008954

Pltfs' Opp. to Summ. Judgment
Exhibit 37, Pg. 1
Joint Ex. Pg. No. 845

DEFENDANTS_008954



**Rubicon**
r e s o u r c e s

5730 UPLANDER WAY, SUITE 200 • CULVER CITY • CA 90230
PH: (310) 887-3883 • FAX: (310) 278-7203 • WWW.RUBICONRESOURCES.COM

## DIVISION STRUCTURE

Dan Woods
- Merchandising / Trading
- Broker Management
- Key Account Creation

Arlene Joung
- Merchandising / Trading
- Broker Management
- Key Account Creation
- New Account/Street Trading
- Procurement Support
- Creative / Marketing  Interface
- Replenishment Interface
- Price list creation, monitoring & updating

Jesse Matta
- Strategy
- GP Responsibility
- Vendor Negotiation
- Procurement
- Merchandising / Trading
- A/R, Credit Limit Establishment Analysis
- Customer Ride Along, Merchandising Support

Confidentiality Notice: This message is a private communication for the intended recipient(s) only, and the
contents may include privileged, confidential and/or proprietary material.                    2

CONFIDENTIAL                              DEFENDANTS_008955

**Pltfs' Opp. to Summ. Judgment**
**Exhibit 37, Pg. 2**
**Joint Ex. Pg. No. 846**

DEFENDANTS_008954

 5730 UPLANDER WAY, SUITE 200 • CULVER CITY • CA 90230
PH: (310) 887-3883 • FAX: (310) 278-7203 • WWW.RUBICONRESOURCES.COM

## CURRENT OPPORTUNITY

Utilize existing strategic vendor relationships to improve Rubicon's performance by driving preferential terms and pricing from all sources of supply resulting in Food Service Division top line growth:

### Consignment / marketing agreement format submitted to brian wynn (copies available for review):

1. Agreement assigns market risk & expense allocation primarily to Vendor
2. RR would have A/R risk
3. RR would have a fixed sales fee for corresponding sales
4. RR would have responsibility to create & report the following:
   - Properly forecast sales
   - Provide weekly/monthly/quarterly metrics reports to vendors for all activities corresponding to Consignment/Marketing Agreement
   - Account for & report back to vendors all stock, sales & net proceeds due
   - Take responsibility for unsold stock > 90 days via a pre determined buy in process
   - Liquidate in a timely manner any defective and/or discontinued items

### Create 1-2 key shrimp, consignment marketing programs thereby mitigating USA market risk position:

Target Vendors:
1. PTN Group
2. Minh Phu, Vietnam
3. Star Agro, India

### Create 1-2 key Fish,  Consignment Marketing Programs thereby mitigating USA market risk positions:

Target Vendors:
1. Anvi Fish, Vietnam
2. Gaoyao Evergreen Aquatic, China

Confidentiality Notice: This message is a private communication for the intended recipient(s) only, and the contents may include privileged, confidential and/or proprietary material.

3

CONFIDENTIAL

DEFENDANTS_008956

Pltfs' Opp. to Summ. Judgment
Exhibit 37, Pg. 3
Joint Ex. Pg. No. 847

DEFENDANTS_008954

 **Rubicon** resources
5730 UPLANDER WAY, SUITE 200 • CULVER CITY • CA 90230
PH: (310) 887-3883 • FAX: (310) 278-7203 • WWW.RUBICONRESOURCES.COM

**Create Replenishment "Pull Programs" permitting RR to clearly understand it's forecasted Sales, Expense & corresponding GP$ for both Consignment Marketing Programs & traditional firm purchase program sales:**

1. Procurement for these transactions would be handled as per our current Retail contract control templates

**Leverage Rubicon's vendor financial clout & vertical integration structure permitting the RR Food Service division to differentiate itself from the numerous "street vendors":**

1. Fully certified plants & shrimp/fish
2. Fully accredited feed & shrimp fry
3. Traceability & Transparency throughout the supply chain permitting us to chase the large national Restaurant chains
4. Favorable trade terms resulting in financial flexibility to create "staged, pull programs"
5. Leverage our value added expertise for continued emphasis with these SKUs in the FS segment

**Leverage RR entry barrier market advantages:**

1. Financial scale
2. Anti dumping rates
3. Full on logistics, culinary, QA advantages
4. Cross country geographic representation
   - Warehousing
   - Merchandising
   - Import locations
5. Cross species & COO opportunities via non equity strategic vendors

## BRANDING PROPOSED:

1. *"Rubicon"*
   - Premier Flagship Brand
   - Chem. free, "primo" quality grade specifications
2. *"Royal Thai"*
   - Standard, street grade specifications
   - Thai origin only:          shrimp & fish
3. *"Celine"*
   - Standard, street grade specifications
   - All Non-Thai origins:     shrimp & fish
4. "Asian Temptations"
   - Continued breaded fish & shrimp presence
   - All Asian originated value added SKUs

Confidentiality Notice: This message is a private communication for the intended recipient(s) only, and the contents may include privileged, confidential and/or proprietary material.

4

**Pltfs' Opp. to Summ. Judgment**
**Exhibit 37, Pg. 4**
**Joint Ex. Pg. No. 848**

DEFENDANTS_008954



5730 UPLANDER WAY, SUITE 200 • CULVER CITY • CA 90230
PH: (310) 887-3883 • FAX: (310) 278-7203 • WWW.RUBICONRESOURCES.COM

## PRODUCT MIX:

**Shrimp**                   70% of mix        Branding & Spec TBD
1.  RHSO, Blocks             Farm Whites & B/T
2.  RHSO, IQF                Farm Whites & B/T
3.  PDTO, IQF                Farm Whites & B/T
4.  PDToff, IQF              Farm Whites & B/T
5.  Cooked Tail Off          Farm Whites
6.  Cooked Tail On           Farm Whites

**Fish**                     20% of mix        Branding & Spec TBD
1.  Swai
    * Raw Commodity Fillets
    * Raw Breaded and/or Battered Fillets, Portions, Fingers
    * Enrobed/Pre Marinated options
    * Oven Ready, catering SKUs
2.  Tilapia
    * Raw Commodity Fillets
    * Raw Breaded and/or Battered Fillets, Portions, Fingers
    * Enrobed/Pre Marinated options
    * Oven Ready, catering SKUs

**Value Added**              10% of mix        Branding & Spec TBD
1.  Breaded Shrimp
    * Panko, Tempura, Battered
    * Popcorn
    * Lightly Dusted
2.  Gyozas
3.  Squid
    * Raw Commodity
    * Breaded Rings, Strips, Portions
    * Marinated Streaks
4.  Other
    * Octopus
    * Seafood mix
    * Sfd Tacos
    * Misc.

Confidentiality Notice: This message is a private communication for the intended recipient(s) only, and the
contents may include privileged, confidential and/or proprietary material.                                5

CONFIDENTIAL                              DEFENDANTS_008958

DEFENDANTS_008954



5730 UPLANDER WAY, SUITE 200 • CULVER CITY • CA 90230
PH: (310) 887-3883 • FAX: (310) 278-7203 • WWW.RUBICONRESOURCES.COM

## START UP MILESTONE TARGET DATES:

| | |
|---|---|
| Executive management review & approval | September 2012 |
| Vendor Consignment Agreement Review & approval<br>• Jesse & Arlene to review with PTN Group<br>• Jesse to review with all other vendors | October 2012 |
| Visit Targeted Key Geographic Distributors & Brokers<br>*Dan Woods:*<br>• King Seafood, Philadelphia Pa Market<br>• El Rey Sfd, Chicago and Midwest Latino Market<br>• Nealy's Sfd Chicago Jobbers, Cash & Carry & Asian Markets<br>• Great Wall, Ohio Asian Markets<br>• Great Wall, Texas Asian Markets<br>• Royal Lagoon Market, Southern Repack Specialist<br>• EFD & Assoc Dining Market, Ohio White Linen & Casual<br>    ○ No. Hazarath<br>    ○ Kurtzi<br>• NY/NJ Brokers TBD<br>• Performance Food Group<br>• Gordon's Food Service<br>• US Foodservice<br>• Existing Food Service account review and transition into new divsion<br>*Jesse Matta:*<br>• Amalgated Brokerage, Southern California Chain Restaurants<br>• Sea Catchg Sfds, West USA Latino Markets<br>• Bi Rite Distributors, No California Market<br>• Florida brokers TBD<br>• Existing Food Service account review and transition into new division<br>*Arlene Joung:*<br>• Ride Along with both DW & JM for all account visits<br>• Review major Distributors across country & target 3-4 for sole responsibility<br>• Customer list to be created & submitted<br>• Existing Food Service account review & assumption of account responsibility | October-November 201 |
| Review all Brands & Packaging for compliance | October 2012 |
| Submit revised updated Food Service Product Specs | October 2012 |
| Print any new packaging needed in Asia | October 2012 |
| Review, negotiate & create key target customers & product list | |
| Submit start up inventory for Finance / Replenishment review & approval | November 2012 |
| Procure start up stock, pack start up stock | November 2012 |
| Ship start up stock | December 2012 |
| Commence FS Division Sales | January 2013 |
| Review & target national restaurant annual tenders | January – March 2013 |

Confidentiality Notice: This message is a private communication for the intended recipient(s) only, and the contents may include privileged, confidential and/or proprietary material.

6

CONFIDENTIAL          DEFENDANTS_008959

**Pltfs' Opp. to Summ. Judgment**
**Exhibit 37, Pg. 6**
**Joint Ex. Pg. No. 850**

DEFENDANTS_008954



5730 UPLANDER WAY, SUITE 200 • CULVER CITY • CA 90230
PH: (310) 887-3883 • FAX: (310) 278-7203 • WWW.RUBICONRESOURCES.COM

## SYSTEMS REVIEW WITH FINANCE:

1.  Computer system & reporting required
    - Review & define permissible computer section access
    - Satellite offices must have real time access to all inventory, sales, customer data
2.  Metrics creation
    - Vendor reports
    - FS division reports
3.  A/R reports
4.  Equipment
5.  Permits, Trademarks, Licenses
6.  Insurance & Liability Binders
7.  Contracts
8.  Credit Policy

## FINANCIAL PLAN REVIEW:

1.  Product and Sales Pricing
2.  Funding Source(s)
3.  Cash Flow Projection
    - Estimated Procurement $ out
    - Estimated Sales $ by period
    - Estimated A/R collection $ by period
    - Estimated A/R collection days
4.  Cash Flow Statement
5.  Total amount of funds sought for venture: $
6.  Total amount of estimated startup costs: $
7.  Total amount of projected average monthly expenses: $
8.  Total amount of projected average monthly revenue: $

### Replenishment Review:

1.  Assign logistics coordinator
2.  Assign inventory control coordinator
3.  Review & define sales input & lot assignment roles & responsibilities
4.  Review public & customer warehouses required for FS division
5.  Review & define minimum order quantities
6.  Review Preferred Warehouse turnaround time for Food Service releases
    - Street sales will not function with current lead times being requested
    - Lots of frequent & small volume transactions
7.  Review quick land transportation quote turnaround time expectations
8.  Define monthly merchant review S&I meeting schedule & which FS rep will participate

Confidentiality Notice: This message is a private communication for the intended recipient(s) only, and the contents may include privileged, confidential and/or proprietary material.

7

CONFIDENTIAL                                    DEFENDANTS_008960

**Pltfs' Opp. to Summ. Judgment**
**Exhibit 37, Pg. 7**
**Joint Ex. Pg. No. 851**

DEFENDANTS_008954



5730 UPLANDER WAY, SUITE 200 • CULVER CITY • CA 90230
PH: (310) 887-3883 • FAX: (310) 278-7203 • WWW.RUBICONRESOURCES.COM

## **SALES MIX PROJECTIONS:**

Year one
- Program, Pull business                                              25%
- Hybrid, key distributor alliance sales                             15%
- Back to back domestic trading opportunities                       10%
- Back to back sales                                                  10%
- Street sales, grind it out                                         40%
- Consignment Sales: Firm Sales                                     60:40

Year two
- Program, Pull business                                              40%
- Hybrid, key distributor alliance sales                             15%
- Back to back domestic trading opportunities                       10%
- Back to back sales                                                  10%
- Street sales, grind it out                                         25%
- Consignment Sales: Firm Sales                                     70:30

Year three
- Program, Pull business                                              60%
- Hybrid, key distributor alliance sales                             20%
- Back to back domestic trading opportunities                       05%
- Back to back sales                                                  05%
- Street sales, grind it out                                         10%
- Consignment Sales: Firm Sales                                     70:30

Please review above as I'm sure it will stimulate lots of questions, concerns, unknowns for a
much deeper discussion.

Confidentiality Notice: This message is a private communication for the intended recipient(s) only, and the
contents may include privileged, confidential and/or proprietary material.

8

CONFIDENTIAL

DEFENDANTS_008961

**Pltfs' Opp. to Summ. Judgment**
**Exhibit 37, Pg. 8**
**Joint Ex. Pg. No. 852**

# EXHIBIT 38

Joint Ex. Pg. No. 853






Welcome to our Team

Rubicon Resources

**Rubicon**
r e s o u r c e s

CONFIDENTIAL

DEFENDANTS_008970

DEFENDANTS_008970

Pltfs' Opp. to Summ. Judgment
Exhibit 38, Pg. 1

DEFENDANTS_008970

**Rubicon Resources**® Welcome to our Team

## Our Primary Verticals

Shrimp · Tuna · Specialty Items · Sauces











Vertically Integrated Services + Innovative R&D + Scalable Production

CONFIDENTIAL

DEFENDANTS_008971

Pltfs' Opp. to Summ. Judgment
Exhibit 38, Pg. 2

DEFENDANTS_008970

# Rubicon Resources® Welcome to our Team

## Our Vertically Integrated Services

What is Rubicon's point of distinction from other seafood/food companies?

We're an open door to unlimited captive access opportunities and scalable production capacities.

### Private Label

#### Rubicon USA
> Merchandising Analysis
> Category R&D
> Culinary R&D
> Creative Services
> Replenishment Services
> Transportation
> Traceability
> Accounting

#### Rubicon Group
> Captive Access
> Sustainable Aquaculture
> Harvest
> Production
> Package Production
> Logistics

## We Cover Every Level of Business

 Just-in-time inventory

 Supply chain management experts

Comprehensive global logistical support

Cost-cutting shipping analysis

Cost-cutting Palletization

 All Rubicon shrimp come from sustainable sources

 Over 30% of our output is from Rubicon-owned farms

 All products meet or exceed USDC Grade "A"

 In-House Quality Assurance and Quality Control at each processing facility

**Rubicon**

r  e  s  o  u  r  c  e  s

Vertically Integrated Services + Innovative R&D + Scalable Production

CONFIDENTIAL

DEFENDANTS_008972

Pltfs' Opp. to Summ. Judgment
Exhibit 38, Pg. 3

DEFENDANTS_008970

# Rubicon Resources® Welcome to our Team

## Our Vertical Structure

Comprising the **three largest** seafood groups across Thailand and Southeast Asia, along with more than 15 state-of-the-art processing facilities, Rubicon Resources offers exceptional products and myriad services through our exclusive access to the largest resource of traceable and sustainable seafood in the world.



**Rubicon** Resources

### Private Label Branding
- Shrimp, Tuna, Specialty Items, Sauces
- Existing Brands or New Product Design
- Package Design & Production

### Sales & Marketing
- In-House Merchandising & Sales Departments
- In-House Advertising Dept.
- Innovative Creative Capabilities

### Category Research & Development
- Unlimited Range of Frozen Food Solutions
- State-of-the-Art Test Kitchen
- In-House Research & Development Dept.
- In-House Culinary Services
- Quality Assurance

### Distribution
- Global Logistical Support
- Supply Chain Management
- Replenishment
- Transportation Services
- Inventory Management

### Shrimp, Tuna & Specialty Items
- Over 300 Million Pounds of Finished Product Annually
- State-of-the-Art Processing Facilities
- Pre-fried / Oven-Ready Meal Capabilities
- Ethnic Flavor Profiles
- Fresh Vegetables & Premium-Quality Shrimp
- USDC Grade "A" Specifications
- All Processing Plants are ACC-Certified
- No Additives, Preservatives or Hormones

Vertically Integrated Services + Innovative R&D + Scalable Production

CONFIDENTIAL

DEFENDANTS_008973

Pltfs' Opp. to Summ. Judgment
Exhibit 38, Pg. 4

Joint Ex. Pg. No. 857

DEFENDANTS_008970



# Rubicon Resources® Welcome to our Team

## Our Production Footprint

Captive Access to more than 15 processing facilities from the Indian Subcontinent to Southeast Asia

Package Design

Package & QC Production

Packing

Thailand

Processing

Farms

Hatchery

Rubicon Resources®
Business-to-Business
Communication

USA

Transportation

Inspection Clearance

Distribution Center

**Rubicon** resources®

Vertically Integrated Services + Innovative R&D + Scalable Production

CONFIDENTIAL

DEFENDANTS_008974

Pltfs' Opp. to Summ. Judgment
Exhibit 38, Pg. 5

DEFENDANTS_008970

# Rubicon Resources® Welcome to our Team

## Our Global Partnership



The pioneering formation of the Rubicon Group, comprised of the Thailand Fishery Cold Storage Group, Wales & Co. Group, Chanthaburi Seafoods Group and Sea Value Co. Ltd., allows Rubicon Resources the ability to provide the world with an almost unlimited amount of premium shrimp, fish and specialty items — directly from the source: Thailand.

Vertically Integrated Services + Innovative R&D + Scalable Production

CONFIDENTIAL

DEFENDANTS_008975

**Pltfs' Opp. to Summ. Judgment**
**Exhibit 38, Pg. 6**

DEFENDANTS_008970

# Rubicon Resources® Welcome to our Team

## Our Development & Production

### Take advantage of our full range of R&D services

- Menu Style building
- Chef-to-Staff training
- Recipe Development & Testing
- Food Photography
- Merchandising Analysis
- Graphic Design Services
- Private Label Branding
- Package Design Services



### Brand Labeling with our Creative Service Team

- Value Added
- Sauces / Marinades
- Shrimp & Seafood
- Meal Kits
- Ethnic Specialty Items
- Meal Components



**Rubicon** resources

Vertically Integrated Services + Innovative R&D + Scalable Production

CONFIDENTIAL

DEFENDANTS_008976

Pltfs' Opp. to Summ. Judgment
Exhibit 38, Pg. 7

Joint Ex. Pg. No. 860

DEFENDANTS_008970

# Rubicon Resources® Welcome to our Team

## The Best, Naturally

Rubicon Resources is one of the leading importers and distributors of sustainable seafood in North America. We are committed to using only the highest quality ingredients in all of our products and gourmet specialty foods while staying true to our belief in the preservation of our oceans and marine wildlife.

Founded in 1999, Rubicon Resources is a vertically integrated group of food companies with exclusive access to more than 15 international shrimp processing facilities, partnerships with some of the largest transportation and shipping companies, and environmentally friendly packaging and palletizing. We also have a dedicated Replenishment Team, experienced Sales and Merchandising Departments, innovative Culinary and Creative capabilities, and a pioneering Research & Development Department.

We take great pride in the quality of our products, and we are 100% committed to customer satisfaction. All of our shrimp are hand-inspected, and we never use any hormones, preservatives, chemicals or antibiotics – so what we provide is truly the freshest, most natural seafood available. Additionally, we are also one of the founding members of the Aquaculture Certification Council and a proud sponsor and contributor of the conservation foundation Ocean Trust.

At Rubicon Resources, innovation and teamwork go hand in hand in serving the needs of our clients and the needs of our planet. As one of the leading importers and distributors of sustainable seafood in North America, we've taken the business of *doing* business to an entirely new level.

**Rubicon®**
r e s o u r c e s

Vertically Integrated Services + Innovative R&D + Scalable Production

DEFENDANTS_008977

Pltfs' Opp. to Summ. Judgment
Exhibit 38, Pg. 8

DEFENDANTS_008970

Rubicon Resources® Welcome to our Team

# Welcome to the Rubicon Team.

As a new employee, you're not just a member of our company – you're a member of our family. If you have any questions, feel free to ask any one of us for help.

Sincerely,
All of us at Rubicon

Rubicon® resources

Vertically Integrated Services + Innovative R&D + Scalable Production

2008 | page 9

CONFIDENTIAL

DEFENDANTS_008978

# EXHIBIT 39

Joint Ex. Pg. No. 863

FENDANTS_004289



*Production Capabilities*

PRESENTED BY: **Rubicon** resources

CONFIDENTIAL                    DEFENDANTS_004289

FENDANTS_004289

# Introduction to the Rubicon Group

## RUBICON GROUP



- Rubicon Resources is the Los Angeles based headquarters of the Rubicon Group.
- The owners of Rubicon are: Brian Wynn, Wales Thailand, PTN Thailand.
- Rubicon provides direct and transparent access to the largest shrimp aquaculture and production footprint in the world.
- Rubicon embraces the tenets of safe, sustainable and environmentally responsible seafood harvesting and processing. We adhere strict guidelines and certifications to ensure that all of our seafood is 100% sustainable, traceable and earth-friendly.

## Capabilities:

- Rubicon has 13 factories that are 100% owned and captive to Rubicon Resources (Fish/Shrimp: 6 factories | Canned: 4 factories | Value-added: 3 factories)
- All shrimp and fish packed in our facilities are certified by: BAP, BRC, ISSF, GMP, HACCP and IFS.
- Rubicon's total global shrimp sales exceed 700 million U.S. dollars.
- Rubicon's total global canned tuna/fish sales exceed 750 million U.S. dollars.

CONFIDENTIALITY NOTICE: THIS IS A PRIVATE COMMUNICATION FOR THE INTENDED RECIPIENT(S) ONLY, AND THE CONTENTS MAY INCLUDE PRIVILEGED, CONFIDENTIAL AND/OR PROPRIETARY MATERIAL.



CONFIDENTIAL                    DEFENDANTS_004290

**Pltfs' Opp. to Summ. Judgment**
**Exhibit 39, Pg. 2**
Joint Ex. Pg. No. 865

FENDANTS_004289



CONFIDENTIALITY NOTICE: THIS IS A PRIVATE COMMUNICATION FOR THE INTENDED RECIPIENT(S) ONLY, AND THE CONTENTS MAY INCLUDE PRIVILEGED, CONFIDENTIAL AND/OR PROPRIETARY MATERIAL.

CONFIDENTIAL                          DEFENDANTS_004291

Pltfs' Opp. to Summ. Judgment
Exhibit 39, Pg. 3
Joint Ex. Pg. No. 866

FENDANTS_004289

# Factory Index

## ANDAMAN GROUP
*Head Office Address:*
Suite 216/43.49, 12th Floor, L P.N Tower, Nanglinchee Road, Yannawa, Bangkok 10120 Thailand.

**1. Andaman Seafood Co., Ltd. – Plant**
93/26 Moo 5, Soi Paemai, Saphanpla Road, Tambon Bangrin, Amphur Muang, Ranong 85000 Thailand

**2. Andaman Seafood Co., Ltd. (Paknam Branch)**
592 Moo 2 Taiban Road, Taiban, Amphur Muang, Samutprakarn, 10280 Thailand

**3. Intersia Foods Co., Ltd.**
39/3 Moo 8, Setakit 1 Rd., T.Tha-Sai, Amphur Muang Samutsakorn 74000 Thailand

## SEA WEALTH
*Head Office Address:*
70 Moo 6 Tambon Thumnob, Amphur Singhanakorn, Songkhla 90280 Thailand

**1. Sea Wealth Frozen Food Co., Ltd. – Plant**
70 Moo 6, Tambon Thumnob, Amphur Singhanakorn, Songkhla 90280 Thailand

## SEAVALUE GROUP
*Head Office & Factory Address:*

**1. Bangkhuntien Factory**
101/39 Mu 6
Bangkhuntien Road
Bangkhutien, Bangkok, Thailand 10150

**2. ISA – Sampran Factory:**
44/4 Mu 1 Petchkasem Road
Sampran Nakornpatham, Thailand 73110

## PTN GROUP
*Head Office Address:*
44/2-3 Soi Charoenkrung 69, Yannawa, Sathorn, Bangkok 10120 Thailand.

**1. Chanthaburi Frozen Food Co., Ltd.**
*Plant Address:* 75/3 Moo 11, Nayai-arm, Nayai-arm, Chanthaburi, 22160, Thailand.

**2. Chanthaburi Seafoods Co., Ltd.**
*Plant Address:* 75/1 Moo 11, Nayai-arm, Nayai-arm, Chanthaburi, 22160, Thailand.

**3. Phatthana Frozen Food Co., Ltd.**
*Plant Address:* 24 Moo 1 Thonburi-Paktor Road, Chaimongkol, Muang, Samutsakorn, 74000, Thailand

**4. Phatthana Seafood Co., Ltd.**
*Plant Address:* 57/6 Moo 4, Eakachai Road, Muang, Samutsakorn, 74000, Thailand

**5. Phatthana Seafood Co., Ltd. - Songkhla Factory**
*Plant Address:* 70/8 Moo3, Tambon Khao Rub Chang, Aumpur Muang, Songkhla 90000, Thailand.

CONFIDENTIALITY NOTICE: THIS IS A PRIVATE COMMUNICATION FOR THE INTENDED RECIPIENT(S) ONLY. AND THE CONTENTS MAY INCLUDE PRIVILEGED, CONFIDENTIAL AND/OR PROPRIETARY MATERIAL.

**Rubicon**
r  e  s  o  u  r  c  e  s

CONFIDENTIAL

DEFENDANTS_004292

**Pltfs' Opp. to Summ. Judgment**
**Exhibit 39, Pg. 4**
Joint Ex. Pg. No. 867

# EXHIBIT 40