JS-6

FILED
CLERK, U.S. DISTRICT COURT

1/4/2018

CENTRAL DISTRICT OF CALIFORNIA
BY: ____CW____ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| Keo Ratha, Sem Kosal, Sophea Bun, Yem Ban, Nol Nakry, Phan Sophea, and Sok Sang,<br><br>Plaintiffs,<br><br>v.<br><br>Phatthana Seafood Co., Ltd.; S.S. Frozen Food Co., Ltd.; Doe Corporations 1-5; Rubicon Resources, LLC; and Wales & Co. Universe Ltd.,<br><br>Defendants. | Case No. 2:16-cv-04271-JFW (ASx)<br><br>**JOINT JUDGMENT IN FAVOR OF DEFENDANTS PHATTHANA SEAFOOD CO., LTD.; S.S. FROZEN FOOD CO., LTD.; RUBICON RESOURCES. LLC; AND WALES & CO. UNIVERSE, LTD.**<br><br>Judge: Hon. John F. Walter<br>Courtroom: 7A<br>United States Courthouse<br>350 W. 1st Street<br>Los Angeles, CA 90012 |

By Orders dated December 21, 2017 (Docket Nos. 225, 226, 227), this Court granted summary judgment against Plaintiffs Keo Ratha, Sem Kosal, Sophea Bun, Yem Ban, Nol Nakry, Phan Sophea, and Sok Sang and in favor of Defendants Phatthana Seafood Co., Ltd. ("Phatthana"), S.S. Frozen Food Co., Ltd. ("SSF"), Rubicon Resources, LLC ("Rubicon"), and Wales & Co. Universe, Ltd. ("Wales"). Pursuant to said Orders, the Court hereby:

ORDERS, ADJUDGES AND DECREES that:

(1) Plaintiffs Keo Ratha, Sem Kosal, Sophea Bun, Yem Ban, Nol Nakry, Phan Sophea, and Sok Sang take nothing by way of their complaint; and

(2) final judgment shall be entered in favor of Defendants Phatthana, SSF, Rubicon, and Wales and against Plaintiffs Keo Ratha, Sem Kosal, Sophea Bun, Yem Ban, Nol Nakry, Phan Sophea, and Sok Sang.

DATED: January 4, 2018

_____
HONORABLE JOHN F. WALTER
United States District Judge